

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2019

No. 04-19-00461-CV

Nancy **ALANIS**,
Appellant

v.

**WELLS FARGO BANK NA**, as Trustee,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019-CV-00584
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's response to the court regarding the issue of possession and her notice regarding omitted items from the clerk's record are noted. We order the trial court clerk, Lucy Adame-Clark, to file, by **September 3, 2019**, a supplemental clerk's record containing the following items, with all exhibits in the order in which they were filed in the trial court:

1. Plaintiff Motion For Final Summary Judgment, filed on or about February 28, 2019
2. Defendants Response to Plaintiff's Motion for Final Summary Judgment, filed on or about March 14, 2019
3. Defendant Nancy Alanis' Verified Original Answer to Wells Fargo, As Trustee Suit To Evict and Plea To the Jurisdiction, filed on or about November 21, 2018
4. Writ of Possession Return Nulla Bona, filed on or about May 8, 2019
5. Any Corrected Bill of Costs

If the trial court clerk is unable to include any of the above filings in a supplemental clerk's record, we further order the trial court clerk, by **September 3, 2019**, to file a written explanation with this court.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2019.



_____

Keith E. Hottle,
Clerk of Court